**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In re:  IGNITION COILS DIRECT PURCHASER ACTIONS | 2:13-cv-01401-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br><br>ALL EUROPEAN AUTO SUPPLY, INC.,<br><br>              Plaintiff,<br><br>     vs.<br><br>DENSO CORPORATION, et al.,<br><br>              Defendants. | 2:15-cv-11830-MOB-MKM |

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS THE DENSO DEFENDANTS**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Direct Purchaser Plaintiff All European Auto Supply ("Plaintiff"), Inc. moves to dismiss its claims without prejudice against Defendants DENSO Corporation, DENSO International America, Inc., DENSO Products and Services Americas, Inc., and DENSO International Korea Corporation (the "DENSO Defendants"). Plaintiff seeks to dismiss the DENSO Defendants in order to withdraw certain claims against DENSO that may be subject to arbitration.

Plaintiff has conferred with counsel for all the Defendants in this matter, and each has indicated that they do not oppose Plaintiff's request to dismiss the DENSO Defendants.

Dated: March 10, 2017                                 Respectfully submitted,

  /s/ David H. Fink

David H. Fink (P28235)
Darryl Bressack (P67820)
FINK + ASSOCIATES LAW
38500 Woodward Ave; Suite 350
Bloomfield Hills, MI 48304
Telephone: (248) 971-2500
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com

Joseph C. Kohn
William E. Hoese
Douglas A. Abrahams
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
jkohn@kohnswift.com
whoese@kohnswift.com
dabrahams@kohnswift.com

Gregory P. Hansel
Randall B. Weill
Michael S. Smith
PRETI, FLAHERTY, BELIVEAU
  & PACHIOS LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Telephone: (207) 791-3000
ghansel@preti.com
rweill@preti.com
msmith@preti.com

Steven A. Kanner
William H. London
Michael E. Moskovitz
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
skanner@fklmlaw.com
wlondon@fklmlaw.com
mmoskovitz@fklmlaw.com

2

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
Jeffrey L. Spector
SPECTOR ROSEMAN KODROFF
  & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com
jspector@srkw-law.com

M. John Dominguez
COHEN MILSTEIN SELLERS
  & TOLL PLLC
2925 PGA Boulevard, Suite 204
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
jdominguez@cohenmilstein.com

David A. Young
COHEN, MILSTEIN SELLERS
  & TOLL PLLC
1100 New York Ave., NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
dyoung@cohenmilstein.com

Matthew W. Ruan
COHEN, MILSTEIN SELLERS
  & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
mruan@cohenmilstein.com

Aubrey H. Tobin
Attorney at Law, P.C.
2140 Walnut Lake Road
West Bloomfield, MI 48323
Telephone: (248) 932-3070
aubrey@tobinpc.com

*Counsel for Plaintiff All European Auto Supply, Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2017, I electronically filed the foregoing document using the Court's CM/ECF system, which automatically transmitted a Notice of Electronic Filing to all ECF registrants in this matter.

                                       */s/ Nathan J. Fink*
                                       Nathan J. Fink